RECEIVED
AUG 12 2009
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
09-38 (JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **SUPPLEMENTAL INFORMATION** |
| Plaintiff, | ) | (18 U.S.C. § 1001) |
| v. | ) | |
| KAMAL SAID HASSAN, | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 3
(False Statements)

On or about February 9, 2009, in the State and District of Minnesota, in a matter within the jurisdiction of the Federal Bureau of Investigation ("FBI"), an agency of the United States, and in an offense involving international terrorism,

**KAMAL SAID HASSAN,**

did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation to agents of the FBI, in violation of Title 18, United States Code, Section 1001(a)(2); that is, the defendant stated that, after finishing training at an al-Shabaab training camp in Somalia, he left al-Shabaab and traveled to Yemen without taking any further acts on behalf of al-Shabaab, when, in fact, after finishing training, the defendant continued to work with members of al-Shabaab and follow the orders of al-Shabaab in Somalia.

FRANK J. MAGILL, JR.
United States Attorney

BY: W. ANDERS FOLK
Assistant U.S. Attorney
Attorney ID No. 311388

August 12, 2009
FILED AUG 1 2 2009
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

SCANNED
AUG 1 2 2009
U.S. DISTRICT COURT MPLS