**RECEIVED**
AUG 12 2009
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Waiver of Indictment

Cr. Form No. 18

# United States District Court
## FOR THE
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR-09-38 JMR |
| ) | |
| V. ) | |
| ) | |
| KAMAL SAID HASSAN ) | |
| ) | |
| ) | |
| ) | |

Kamal Said Hassan, the above named defendant, who is accused of (1) providing material support and resources, namely personnel, knowing and intending that the material support and resources were to be used in preparation for and in carrying out a violation of Title 18, United States Code, Section 956(a)(1) (conspiracy to kill, kidnap, maim or injure persons in a foreign country); (2) providing material support and resources to a foreign terrorist organization, namely al-Shabaab ("the Youth"), by providing personnel to work under the direction and control of al-Shabaab, and (3) making a false, fraudulent, and fictitious material statement and representation to agents of the FBI; being advised of the nature of the charges and of his rights, hereby waives in open court prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

Date: August 12, 2009

_____
KAMAL SAID HASSAN, Defendant

_____
W. ANDERS FOLK, Witness

_____
MANNY ATWAL, Esq.

SCANNED
AUG 12 2009
U.S. DISTRICT COURT MPLS