UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                         ORDER
                                                Criminal No. 09-38

Kamal Said Hassan,

    Defendant.
_____

On September 7, 2011, the Court granted Defendant's motion for release pending sentencing. The Court placed a number of conditions on his release, and one such condition involved computer monitoring. Specifically, the Court ordered that the Defendant have no internet access on while on release, and that all computers located in his family's home would have monitoring software installed, which would alert the Probation Office any time someone attempted access to the internet on a computer located in the family home.

The Probation Office met with the Defendant's family and informed them that internet access was not allowed in the home if the Defendant was to be released there pending sentencing, and that all computers located in the home

had to have the monitoring software installed. The family members agreed, and the necessary monitoring software was installed on all computers found in the home.

On September 30, 2011, at 2:33 a.m. and at 8:54 a.m., the Probation Office received alerts that one of the computers in the home was attempting internet access. When following up with the family, the Probation Office reported that the family was giving them inconsistent information as to who was using the computer and where the computer was located.

Based on the above, the Court is not confident that the conditions of release will be complied with in this case if the Defendant is released to the family home.

Accordingly,

IT IS HEREBY ORDERED that the Order releasing the Defendant pending sentencing is REVOKED. The Defendant shall remain in custody.

Date: September 30, 2011

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court
