# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No:        09-cr-38 (1) (MJD) |
| | ) | Date:             May 13, 2013 |
| v. | ) | Courthouse:    Minneapolis |
| | ) | Courtroom:     15E |
| Kamal Said Hassan (1) | ) | Court Reporter:  Lori Simpson |
| | ) | Time Commenced: 1:30 p.m. |
| | ) | Time Concluded:  3:55 p.m. |
| Defendant. | ) | Time in Court:   2 hours and 25 minutes |
| | ) | |

Before Michael J. Davis, United States District Chief Judge.

APPEARANCES:
       For Plaintiff:    William Narus, Charles Kovats, John Docherty and LeeAnn Bell, Assistant U.S. Attorneys
       For Defendant: Manvir Atwal and Andrew Mohring, Assistant Federal Defenders

☒ **Sentencing.**
☒ **Government's exhibits 1-11 are admitted.**
☒ **Defendant's objection to the 12 point victim related enhancement is denied.**
☒ **Defendant's request for role adjustment is denied.**
☒ **Defendant's guidelines for supervised release is 2 years to life.**
☒ **Defendant's motion for variance is denied.**
☒ **Government's motion is granted.**

**IT IS ORDERED**:
Defendant is sentenced to:

| Count. Nos. | Plea | BOP | SR |
|---|---|---|---|
| 1 and 2 of Information and 3s of the Supplemental Information | X | 120 months. This term consists of 120 months on each of Counts 1 and 2 and 96 months on Count 3s, all to be served concurrently | 20 years. This term consists of 20 years on each of Counts 1 and 2 and 3 years on Count 3s, all such terms to run concurrently. |

☒ Special conditions of: **See J&C for special conditions**
☒ Defendant sentenced to pay:
       ☒ Special assessment in the amount of $300.00 to be paid.
☒ Defendant is remanded to the custody of the USM.

Date: May 13, 2013

                                                                s/KW
                                                                _____
                                                                Calendar Clerk to Chief Judge Michael J. Davis