Prob 12 (Rev. 11/1/2004)

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kamal Said Hassan**

**Docket No. 0864 0:09CR00038-001(MJD)**

**Petition on Supervised Release**

COMES NOW **James J. Weinberger**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kamal Said Hassan** who was sentenced for Providing Material Support to Terrorists, Providing Material Support to a Foreign Terrorist Organization, and False Statements on May 13, 2013, by the Honorable Michael J. Davis, who fixed the period of supervision at 20 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Submit to searches
- Employment required

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Thus far, Kamal Hassan has made a positive transition back into the community. This officer and the defendant believe he would benefit from working with a mentor in the community to provide additional support and to identify resources.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

You shall participate in a mental health counseling program as approved by the probation officer. This program may include psychological/psychiatric counseling or treatment, family counseling, and mentor support.

Petition on Supervised Release
Page 2

RE: **Kamal Said Hassan**
Docket No. 0864 0:09CR00038-001(MJD)

### ORDER OF THE COURT

Considered and ordered this ___5th___ day of ___September, 2018___, and ordered filed and made a part of the records in the above case.

s/ Michael J. Davis
_____
Honorable Michael J. Davis
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ James Weinberger
_____
James J. Weinberger
Senior U.S. Probation Officer
Telephone: 612-664-5412

Executed on     ___August 30, 2018___

Place                 ___Minneapolis___

Approved:

s/ Darren F. Kerns
_____
Darren F. Kerns
Supervising U.S. Probation Officer