Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

　　　　　　　　　　　Plaintiff,

v.

Kamal Said Hassan

　　　　　　　　　　　Defendant.

Docket No. 0864 0:09CR00038-001(MJD)

On May 10, 2018 the above defendant was placed on supervision for a period of 240 months. This defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It appears appropriate at this time that the defendant be discharged from supervision.

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this  21st  Day of  June , 2023        s/Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　　　Senior U.S. District Judge